UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **GREGORY D. DOUGLAS,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| vs. | |
| **BRUCE WESTBROOKS,** | **CASE NO: 14-1333-STA-egb** |
| Respondent. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying §2254 Petition, Denying Certificate of Appealability, and Denying Leave To Appeal In Forma Pauperis entered on February 6, 2018, the petition is hereby DENIED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 2/7/2018

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk